THE COTTLE FIRM
Robert W. Cottle, Esq.
Nevada Bar No. 4576
rcottle@cottlefirm.com
Matthew G. Holland, Esq.
Nevada Bar No. 10370
mholland@cottlefirm.com
8635 South Eastern Avenue
Las Vegas, Nevada 89123
(T) 702.722.6111 | (F) 702.834.8555
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \* \* \* \* \*

| | |
|---|---|
| CHUNYUN WANG, an individual; | CASE NO. 2:20-cv-00409-JAD-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT KOREAN AIR LINES CO., LTD.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** |
| KOREAN AIRLINES CO., LTD., operating as KOREAN AIR; DOE FLIGHT ATTENDANTS; DOE FOOD AND BEVERAGE SERVICE HANDLERS; ROE FOOD AND BEVERAGE SERVICE BUSINESS ENTITY; ROE WATER OR LIQUID HEATING APPARATUS MANUFACTURER AND/OR DISTRIBUTOR BUSINESS ENTITIES; DOE INDIVIDUALS 1-10; AND ROE CORPORATIONS/ENTITIES 1-10; inclusive, | |
| Defendants. | |

Plaintiff CHUNYUN WANG ("Plaintiff"), by and through her attorneys, The Cottle Firm, and Defendant KOREAN AIR LINES CO., LTD. ("Korean Air Lines"), by and through their attorneys, Snell & Wilmer LLP and Clyde & Co US LLP, hereby agree and stipulate to extend the time allowed for Plaintiff to respond to Defendant Korean Air Lines Co., LTD.'s Motion to Dismiss for Lack of Personal Jurisdiction (ECF No. 4) for two weeks, or until May 8, 2020.

This is the first request to extend the time for Plaintiff to file this responsive pleading. This extension is requested due to the circumstances surrounding the ongoing COVID-19 public health crisis.

This Stipulation is made for good cause and not for the purposes of delay. Nothing contained in this Stipulation shall be deemed a waiver of any right belonging to any party hereto.

DATED this 22nd day of April, 2020.         DATED this 22nd day of April, 2020.

**THE COTTLE FIRM**                          **SNELL & WILMER L.L.P.**

  /s/ Matthew G. Holland                      /s/ Dawn L. Davis
ROBERT W. COTTLE, ESQ.                       DANIEL S. RODMAN, ESQ.
Nevada Bar No. 4576                          Nevada Bar No. 8239
MATTHEW G. HOLLAND, ESQ.                     DAWN L. DAVIS, ESQ.
Nevada Bar No. 10370                         Nevada Bar No. 13329
*Attorneys for Plaintiff*

ANDREW J. HARAKAS, ESQ. (to be admitted pro hac vice)
DAVID F. KNAPP, ESQ. (to be admitted pro hac vice)
Clyde & Co US LLP
The Chrysler Building
405 Lexington Avenue, 16th Floor
New York, New York 10174

*Attorneys for Defendant Korean Air Lines Co., Ltd.*

**ORDER**

**IT IS SO ORDERED.**

Dated: April 27, 2020.

_____
UNITED STATES DISTRICT JUDGE